UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Cristiana Lopes, | 3:17-cv-00820 (WWE) |
| Plaintiff, | |
| v. | |
| Brazilian Travel Service, Ltd., and Joao De Matos | August 21, 2017 |
| Defendants | |

## PLAINTIFF'S MOTION FOR JUDGMENT ON DEFAULT

In this action brought under the Fair Labor Standards Act and Connecticut wage laws, the plaintiff filed a Complaint on May 18, 2017 [Document 1], and duly served both of the defendants with a Summons and Complaint on June 7, 2017. [Document 6]  The Court set June 30, 2017, as a date by which the defendants were required to answer. [Id.] When the defendants failed to appear or plead, the Court granted the plaintiff's motion for a default against each of the defendants on July 25, 2017. [Document 8]

The plaintiff now respectfully moves the Court to enter a default judgment against each of the defendants, and provides a memorandum of law and an affidavit by the plaintiff supporting the motion.

RESPECTFULLY SUBMITTED
FOR THE PLAINTIFFS

*/ s / Peter Goselin*
Peter Goselin ct06074
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, Connecticut 06105
Tel. 860-580-9675
Fax 860-232-7818
pdgoselin@gmail.com

## CERTIFICATE OF SERVICE

   This is to certify that on August 21, 2017, the foregoing Plaintiff's Motion for Default was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                       _/ s / Peter Goselin_