PLAINTIFF'S EXHIBIT 2

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| Cristiana Lopes, | 3:17-cv-00820 (WWE) |
| Plaintiff, | |
| v. | |
| Brazilian Travel Service, Ltd., and Joao De Matos | |
| | August 21, 2017 |
| Defendants | |

### AFFIDAVIT OF PETER GOSELIN

I, Peter Goselin, as attorney for the plaintiff in this matter, being duly sworn, do depose and say:

1. I have been a practicing attorney since 1995. I was admitted to practice before the Connecticut Superior Court in 1995, the United States District Court for the District of Connecticut in 1996, and the United States Court of Appeals for the Second Circuit in 2002.

2. From 1995 until July 1, 2010, I was in private practice with the firm of Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C., where I was a partner from 2000 until 2010. With that firm, I limited my practice almost exclusively to labor and employment law representing unions and individual employees. I have litigated numerous claims arising from the Fair Labor Standards Act, 29 U.S.C. §*201, et* seq. and Connecticut wage and hour law.

3. Beginning on July 1, 2010, and continuing to the present, I have been in solo practice, doing business as The Law Office of Peter Goselin. I continue to largely limit my practice to labor and employment law representing unions and individual employees. My caseload is predominantly wage and hour litigation similar to the instant matter.

4.     Based upon my experience in the field I have become aware of the attorneys' fees charged by lawyers in Connecticut who specialize in representing plaintiffs in employment-related litigation. I have also reviewed awards of attorneys' fees in employment-related cases tried in this State. Based on that knowledge and experience, I believe a fair market rate for my services to be Four Hundred Dollars $400.00 per hour.

5.     I have previously been awarded reasonable attorney's fees in FLSA actions brought in this district court, at the rate of $375.00 an hour, including in *Cadena v. A-E Contracting*, 3:08-cv-574 (WWE) (Doc. 188 and 192); *Palacios v. LaBonte*, 3:13-cv-1405 (JCH) (Doc. 24-1 and 26); and *Lopez v. MDM Restaurant Group*, 3:13-cv-0827 (WWE) (Doc. 13-1, and 23).

6.     I have reviewed my firm's records of the time I spent in representing the plaintiff in this matter from March 9, 2017, through the present, and have concluded that I have reasonably expended 13.60 hours on this litigation to date. (See, Pl.Ex. 3)

7.     Based on the above, my estimate of the reasonable attorneys fees for my work in this case is 13.60 hours x $400/hour = $5,440.00.

8.     In addition, the plaintiff reasonably incurred costs in this litigation totaling $490.00, which were for the filing of the Complaint and for service on the defendants. (See Pl.Ex. 4)

THE AFFIANT,

_____
PETER GOSELIN

Subscribed and sworn to before me this 21st day of August, 2017 at Hartford, Connecticut.

_____
Commissioner of the CT Superior Court