UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CRISTIANA LOPES,                   CASE NO. 3:17-cv-00820 (WWE)
    Plaintiff

V.

BRAZILIAN TRAVEL SERVICE, LTD.,
JOAO DE MATOS,
    Defendants.

## DEFAULT JUDGMENT

The defendants having failed to appear, plead or otherwise defend in this action as to the complaint filed by the plaintiff, and a default under Fed. R. Civ. P. 55(a) having been entered on July 25, 2017; the plaintiff having filed a motion for default judgment pursuant to Fed. R. Civ. P. 55(b), and the Court having granted the motion on September 26, 2017 it is hereby;

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the plaintiff Cristiana Lopes and against the defendants Brazilian Travel Service, Ltd. and Joao De Matos in the amount of $85,842.60 in compensatory and liquidated damages pursuant to the FLSA and Connecticut General Statutes § 31-72. Additionally, the Court awards attorney fees and costs in the amount of $5,930 and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of September, 2017.

ROBIN D. TABORA, Clerk
By /s/ Kristen Gould
Kristen Gould,
Deputy Clerk

EOD: 9/28/2017